Devin D. OLSEN

v.

STATE ex rel. Angela OLSEN

2140128

Court of Civil Appeals of Alabama.

01/06/2015

Dismissed

J.H.

v.

In re: M.H., a minor child

2140130

Court of Civil Appeals of Alabama.

01/28/2015

Dismissed

J.H.

v.

In re: S.M., a minor

2140131

Court of Civil Appeals of Alabama.

01/28/2015

Dismissed

Andrew B. PAYNE and
Peggy M. Payne

v.

Scott LOWE and Pamela Lowe

2140138

Court of Civil Appeals of Alabama.

02/09/2015

Dismissed

Roderick McKINNEY

v.

LIFELINE VILL. PROPS., INC.

2140144

Court of Civil Appeals of Alabama.

02/09/2015

Dismissed